STATE OF LOUISIANA                                    NO. 25-KH-17

VERSUS                                                FIFTH CIRCUIT

SHANNON JOHNSON                                       COURT OF APPEAL

                                                      STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

February 05, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** SHANNON JOHNSON

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER, JR., DIVISION "P", NUMBER 22-5739

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Timothy S. Marcel

### WRIT GRANTED FOR LIMITED PURPOSE

Relator, Shannon Johnson, filed a writ of mandamus asking this Court to order the trial court to rule on his *pro se* Motion to Quash filed on December 3, 2024.

On December 9, 2024, the district court signed an order setting a hearing on the motion to quash for January 8, 2025. However, the January 8, 2025, minute entry does not indicate a specific ruling on the *pro se* motion to quash.

It appears from relator's writ of mandamus and our review that the trial court has not yet acted on the motion to quash. Therefore, we grant relator mandamus relief for the limited purpose of directing the trial court to act on relator's motion to quash, if it has not already done so, within thirty days of this disposition. The trial court should also furnish relator and this Court with a copy of the action taken on the motion to quash.

Gretna, Louisiana, this 5th day of February, 2025.

**TSM**
**FHW**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **02/05/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-17**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Shannon Johnson #6297010 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054